IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *IN RE* SUBPOENA TO<br>PAUL B. GOLDBERG<br><br>    Paul B. Goldberg<br>    3821 Woodley Rd. NW<br>    Washington, DC 20016<br><br>        Non-Party Movant. | MISC. CASE NO. _____ |
| IN RE AMGEN SECURITIES<br>LITIGATION | C.A. NO. 07-2536 (C.D. Cal.) |

### MOTION OF NON-PARTY PAUL B. GOLDBERG TO QUASH SUBPOENA AND/OR FOR A PROTECTIVE ORDER, AND FOR ATTORNEYS' FEES

Pursuant to Rules 45 and 26 of the Federal Rules of Civil Procedure, non-party Paul B. Goldberg, an award-winning journalist and editor-in-chief/publisher of *The Cancer Letter*, a D.C.-based publication that has earned numerous journalism awards for its investigative coverage of issues that shape oncology, by undersigned counsel, respectfully moves this Court to quash the subpoena *ad testificandum* issued from the Central District of California and served upon him by the Defendant, Amgen Inc. ("Amgen"), in *In re Amgen Securities Litigation*, No. 07-2536 (C.D. Cal.). Alternatively, Mr. Goldberg moves this Court for a protective order, precluding Amgen from inquiring into Mr. Goldberg's sources. As grounds therefore, Mr. Goldberg relies upon the memorandum of points and authorities and the accompanying declaration and exhibits filed contemporaneously herewith.

Mr. Goldberg also requests relief in the form of reasonable attorneys' fees, pursuant to Fed. R. Civ. P. 45(d)(1).

### CERTIFICATION OF COMPLIANCE WITH LOCAL CIVIL RULE 7(M)

Outside counsel for Mr. Goldberg has corresponded with outside counsel for Amgen, who had served the subpoena, to clarify what testimony Defendant is seeking. Over the course of multiple communications, Mr. Goldberg and Amgen, through their counsel, attempted to resolve the issues presented by the subpoena and thereby obviate the need for this Motion. No resolution has occurred.

Dated: June 25, 2015

Respectfully Submitted,

_____
Steven Lieberman
Jenny L. Colgate
ROTHWELL, FIGG, ERNST & MANBECK, PC
607 14th Street, N.W., Suite 800
Washington, D.C. 20005
(202) 783-6040

*Attorneys for Non-Party Movant
Paul B. Goldberg*